JOHN J. STEPHENS, PLAINTIFF IN ERROR, vs. THE STATE
OF FLORIDA, DEFENDANT IN ERROR.

PER CURIAM.

The questions presented in this case are similar to those determined in the case of Brass v. State, decided at the present term, and upon the authority of that case the judgment of the lower court is affirmed.

This case was decided by Division B.

Writ of error to the Circuit Court for Citrus County.